UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:18-CR-17 |
| | ) | JUDGE JORDAN |
| ELIZABETH JEAN PATTERSON | ) | SEALED |

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA
TO ANY AUTHORIZED REPRESENTATIVE
THEREOF - GREETINGS:

We command that you have the body of ELIZABETH JEAN PATTERSON who is

currently in the custody of the Tennessee Prison for Women, at Nashville, Tennessee, under your

custody as it is said, under safe and secure conduct before the Judge of our District Court within

and for the Eastern District of Tennessee, at the City of Greeneville, Tennessee, on April 9,

2018, at 11:00 a.m., there to be present for an Initial Appearance, or for her case to be otherwise

disposed of upon said indictment heretofore returned against her, and each day thereafter until

said case is disposed of, and immediately thereafter the said defendant shall be returned to the

said Warden, Tennessee Prison for Women, at Nashville, Tennessee, under safe and secure

conduct, and have you then and there this writ.

And as by order of said District Court it is directed, if said Warden so elects, the United

States Marshal for the Eastern District of Tennessee, or any other duly authorized United States

Marshal or Deputy United States Marshal is hereby ordered and directed to receive said

ELIZABETH JEAN PATTERSON into his custody and possession at the said Tennessee Prison

for Women, at Nashville, Tennessee, and under safe and secure conduct to have her before the

Judge of our said District Court at the time and place aforesaid for the purpose aforesaid, and to

return her to said Tennessee Prison for Women, at Nashville, Tennessee, under safe and secure

conduct and redeliver her to the Warden, Tennessee Prison for Women, at Nashville, Tennessee.

DEBRA C. POPLIN, CLERK

By: _____
       Deputy Clerk

**CUSTODY ASSUMED:**

EXECUTED this _4_ day of _April_ , 20_18_.

By: _____
       United States Marshal/Deputy

**RETURNED:**

EXECUTED this _26_ day of _Oct_ , 20_18_

By: _____
       United States Marshal/Deputy

**SENTENCED STATE PRISONER:** Yes: _____ No: _____